

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause number:      01-16-00564-CV

Style:      In re Rescue Concepts, Inc., Relator

Date motion filed*:      August 25, 2016

Type of motion:      First Partially Agreed Motion for Extension of Time to File Response

to Petition For Writ of Mandamus

Party filing motion:      Real Party in Interest Jones Lang LaSalle-Texas, Inc.

Document to be filed:      Response to Mandamus Petition

Is appeal accelerated?      Yes (original proceeding).

If motion to extend time:

      Original due date:      August 29, 2016

      Number of extensions granted:      0      Current Due Date:  August 29, 2016

      Date Requested:      September 28, 2016

Ordered that motion is:

      ☑ Granted

            If document is to be filed, document due:  September 28, 2016.

            ☑    **No further extensions of time will be granted absent extraordinary circumstances.**

      ☐ Denied

      ☐ Dismissed (*e.g.*, want of jurisdiction, <u>moot</u>)

      ☐ Other: _____

Judge's signature: <u>/s/ Evelyn V. Keyes</u>

            ☑ Acting individually      ☐ Acting for the Court

Date: <u>August 26, 2016</u>